CATHERINE A. SCHEURENBRAND, Respondent, v. F. FRANK FERRIZZ, ANNA J. FERRIZZ and THE GREAT ATLANTIC & PACIFIC TEA COMPANY OF AMERICA, Appellants, and Others, Defendants. (Action No. 1.) JAMES J. WALTERS, Plaintiff, v. F. FRANK FERRIZZ and Others, Defendants. (Action No. 2.) — In consolidated action to recover damages for personal injuries sustained by the plaintiffs, respectively, because of the alleged negligence of defendants in automobile operation, order granting motion of plaintiff Catherine A. Scheurenbrand for a special preference of the trial of the action and setting the same down for trial on the 13th day of October, 1941, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

ZELDA TOMASCHOFF, Respondent, v. STAPLETON DRUG CO., INC., Appellant, and SIMON TOMASCHOFF, Defendant.— In an action to recover for personal injuries sustained in an automobile collision, judgment entered on the verdict of a jury in favor of the plaintiff and order denying appellant's motion to set aside the verdict and for a new trial reversed on the law and the facts, and a new trial granted, costs to abide the event. In this court's opinion, the instructions to the jury were inadequate. In addition, the jury should have been instructed to disregard the testimony which was struck out at folio 151 of the record. Lazansky, P. J., Hagarty and Adel, JJ., concur; Carswell and Close, JJ., dissent and vote to affirm on the ground that the record presented an issue of fact for determination by the jury.

## (November 17, 1941.)

ALBERT D. STANCS and HELEN D. STANCS, Doing Business as the ALBERT D. STANCS ELECTRIC CO., and Others, Respondents, v. THE COUNTY TRUST COMPANY, Appellant, and Others, Defendants.— Motion to amend decision denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

CORNELIA M. BAIN, Appellant, v. FRED STORMS, Respondent.— Order made by the County Court of Dutchess County dismissing a summary proceeding unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.